UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

TRUSTEES FOR THE MICHIGAN CARPENTERS' COUNCIL PENSION FUND, TRUSTEES FOR THE MICHIGAN CARPENTERS' COUNCIL HEALTH AND WELFARE FUND, TRUSTEES FOR THE MICHIGAN CARPENTERS' COUNCIL APPRENTICESHIP AND TRAINING FUND, TRUSTEES FOR THE MICHIGAN CARPENTERS' COUNCIL ANNUITY FUND,

    Plaintiffs,

v.

PAUL L. WHITMARSH, D/B/A WHITMARSH BUILDERS, INC., INDIVIDUALLY, AND WHITMARSH BUILDERS, INC., A MICHIGAN CORPORATION,

    Defendants.

Docket No.: 1:08-cv-195

Honorable Paul L. Maloney
Chief U.S. District Judge

---

SCOTT GRAHAM
SUZANNE K. KLEIN
SCOTT GRAHAM PLLC
Attorneys for Plaintiffs
1911 West Centre Avenue, Suite C
Portage, Michigan 49024
Telephone: (269) 327.0585

---

## SUPPLEMENTAL JUDGMENT

AT A SESSION OF THE U.S. DISTRICT COURT FOR
THE WESTERN DISTRICT OF MICHIGAN
HELD ON THE  5th  DAY OF AUGUST, 2011

PRESENT:  HONORABLE PAUL L. MALONEY
U.S. DISTRICT JUDGE

This matter coming to be heard upon presentation of a Supplemental Judgment pursuant to the provisions of the Court's Default Judgment of July 8, 2008, and the Court having determined that Plaintiffs have now established the amounts due based on the Affidavit of Steven K. Homer, Plaintiffs' Auditor, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED**, that a Supplemental Judgment enters in favor of Plaintiffs and against Defendant in the amount of One Hundred Eighteen Thousand Eight Hundred Ninety Five and 82/100 Dollars ($118,895.82).

/s/ Paul L. Maloney
Paul L. Maloney
Chief U.S. District Judge